Fernando Rodriguez JR
TDC#1858563
Telford unit
3399 State.Hwy 98
New Boston. Tx 75570

Re: Court of APPals #04-13-00187-CR
Tral Court case # 2011-CRN-531-D3
Style: Fernando Rodrigue JR
v
The State of Texas

August 5, 2015

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 AUG 10 PM 12:44
KEITH E. HOTTLE. CLERK

I will like to Now the Price for Volume 34
(motion for New tral). and volume 39 (Exhibts
motion for new trul) of the Reporter's Record
in the above Styled and Numberd cause.
including the Postgoe. thank You

Vol 39 - 12 pgs
Vol 34    15 pgs



c/c

185856? Xefnando Rodriguez
Telford Un't
3899 State Hwy 98
New Boston, TX 75570

FILED
IN THE COURT OF APPEALS
AT SAN ANTONI...

2015 AUG 10 PM 12: 44

Keith E. Hottle

KEITH E. HOTTLE, CLERK

Court of Appeals
1 300 DoloRosa Site 3200
San Antonio, Texas 78205-3037

FOREVER USA